UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cr-00039-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| (5) MICHAEL GREENE, | ) | ORDER |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's *pro se* Motions for Compassionate Release. (Doc. Nos. 904-905).

The Court hereby ORDERS the Government to respond to Defendant's motions. The Government shall have **ninety (90) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED.

Signed: December 14, 2020

Frank D. Whitney
United States District Judge