# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:09-Cr-39**

**V.**

**ORDER**

**MICHAEL GREENE**

---

   **THIS MATTER IS BEFORE THE COURT** on United States Attorney's Motion, (Doc. No. 926 ) Motion to Seal Exhibit 1 to Response to Motion Seeking Release. The Exhibit contains personal and Medical Information (Doc No.924).

   **IT IS ORDERED**, that United States Attorney's Motion (Doc. No.926 ) is **GRANTED.**

Signed: October 6, 2021

Frank D. Whitney
United States District Judge